JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS WELLS,<br><br>  Petitioner,<br>vs.<br>TERRI GONZALEZ, Warden,<br>  Respondent. | Case No. CV 10-5440-DMG (DTB)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: September 23, 2011

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE